SEAN K. KENNEDY (Bar No. 145632)
Federal Public Defender
Andrea Jacobs (Bar No. 236892)
Deputy Federal Public Defender
411 West Fourth St., Suite 7110
Santa Ana, California, 92701
Tel: 714-338-4500
Fax: 714-338-4520

Attorneys for Petitioner
AARON DELGADO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Respondent,<br><br>         v.<br><br>AARON DELGADO,<br><br>                    Petitioner. | Case No. SA CV-14-897-JVS<br>Case No. SA CR-08-283-JVS<br><br>**Order** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT all proceedings on Petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. §2255 shall be stayed until the Ninth Circuit's mandate issues in *United States v. Ramirez-Macias*, Case No. 13-30245, and *Rendon v. Holder*, Case No. 10-72239. Petitioner shall file a status report within 14 days after the end of this stay.

IT IS SO ORDERED.

DATED: March 11, 2015

_____
HON. JAMES V. SELNA
United States District Judge

Submitted by:

  /s/ *Andrea Jacobs*
Deputy Federal Public Defender

1